No. 57902.—Charles L. Huisking Co. *v.* United States, protest 205169–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of lithol similar in all material respects to that the subject of *United States* v. *Kachurin Drug Company* (39 C. C. P. A. 36, C. A. D. 459), the claim of the plaintiff was sustained.

No. 57903.—S. S. Kresge Co. et al. *v.* United States, protests 82119–K, etc. (Baltimore).

Opinion by OLIVER, C. J.   It was stipulated that the items marked "A" consist of figures and articles, composed wholly or in chief value of papier mâché, the same in all material respects as those the subject of Abstract 56975, and that the items marked "B" consist of articles, composed wholly or in chief value of wood, the same in all material respects (except the component material of chief value) as the merchandise involved in said Abstract 56975.   On the agreed facts and following the cited case, the items marked "A" were held dutiable at 25 percent under paragraph 1403 as manufactures of papier mâché, not specially provided for, and the items marked "B" at 33⅓ percent under paragraph 412, as manufactures, composed wholly or in chief value of wood, not specially provided for.

No. 57904.—Horace A. Fuld, Inc. *v.* United States, protest 218420–K (New York).

Opinion by OLIVER, C. J.   The protest was dismissed.

No. 57905.—Rexon, Inc. *v.* United States, protest 219138–K (New York).

Opinion by OLIVER, C. J.   The protest was dismissed.

BEFORE THE SECOND DIVISION, MARCH 11, 1954

No. 57906.—Sinclair Refining Company *v.* United States, protests 920796–G, etc. (Galveston).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of seamless steel oil-well casings similar in all material respects to those the subject of *United States* v. *Winkler-Koch Engineering Co.* (41 C. C. P. A. 121, C. A. D. 540), the claim of the plaintiff was sustained.